**BRADLEY/GROMBACHER, LLP**
Marcus J. Bradley (SBN 174156)
Kiley Lynn Grombacher (SBN 245960)
Lirit Ariella King (SBN 252521)
31365 Oak Crest Drive, Suite 240
Westlake Village, California 91361
Telephone: (805) 270-7100
Facsimile: (805) 270-7589
mbradley@bradleygrombacher.com
kgrombacher@bradleygrombacher.com
lking@bradleygrombacher.com

Attorneys for Plaintiff, KEYHONA CAMPBELL, individually
and on behalf of other individuals similarly situated

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEYHONA CAMPBELL, individually, and on behalf of other individuals similarly situated,<br><br>Plaintiff,<br>v<br>HUFFMASTER MANAGEMENT INC., a Michigan corporation; HUFFMASTER CRISIS RESPONSE, INC., a Michigan corporation; and DOES 1-100, inclusive<br><br>Defendants. | CASE NO. 2:21−CV−00815−JAM−JDP<br><br>**CLASS ACTION**<br><br>**ORDER GRANTING STIPULATION FOR FILING OF FIRST AMENDED COMPLAINT**<br><br>Complaint filed March 3, 2021<br>Removed to Federal Court: May 5, 2021 |

| | |
|---|---|
| 1 | **ORDER** |
| 2 | Upon consideration of the parties' Stipulation for filing of First Amended Complaint, and good |
| 3 | cause therefore appearing: |
| 4 | IT IS HEREBY ORDERED that, pursuant to the parties' Stipulation, Plaintiff may file her |
| 5 | First Amended Complaint. Defendant will have thirty-five (35) days from the filing of the First |
| 6 | Amended Complaint to file a response. |
| 7 | |
| 8 | **IT IS SO ORDERED.** |

Dated: July 7, 2021

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE