1  **BRADLEY/GROMBACHER, LLP**
   Marcus J. Bradley (SBN 174156)
2  Kiley Lynn Grombacher (SBN 245960)
   Lirit Ariella King (SBN 252521)
3  31365 Oak Crest Drive, Suite 240
   Westlake Village, California 91361
4  Telephone: (805) 270-7100
5  Facsimile: (805) 270-7589
   mbradley@bradleygrombacher.com
6  kgrombacher@bradleygrombacher.com
   lking@bradleygrombacher.com
7

8  **MCDERMOTT WILL & EMERY LLP**
   Yesenia M. Gallegos (SBN 231852)
9  ygallegos@mwe.com
   Amanda Murray (SBN 305018)
10 amurray@mwe.com
   Kevonna J. Ahmad (SBN 324312)
11 kahmad@mwe.com
12 2049 Century Park East, Suite 3200
   Los Angeles, CA 90067-3206
13 Telephone: (310) 277-4110
   Facsimile: (310) 277-4730
14
15 Attorneys for Defendants
   HUFFMASTER MANAGEMENT, INC. and
16 HUFFMASTER CRISIS RESPONSE, INC.

17                 **UNITED STATES DISTRICT COURT**

18                 **EASTERN DISTRICT OF CALIFORNIA**

19

| | |
|---|---|
| 20  KEYHONA CAMPBELL, individually, and on behalf of other individuals similarly situated, | CASE NO. 2:21−CV−00815−JAM−JDP |
| 21 | **CLASS ACTION** |
| 22        Plaintiff,<br>   v | |
| 23  HUFFMASTER MANAGEMENT INC., a Michigan corporation; HUFFMASTER CRISIS RESPONSE, INC., a Michigan corporation; and DOES 1-100, inclusive | **ORDER GRANTING STIPULATION FOR DISMISSAL OF DEFENDANT HUFFMASTER CRISIS RESPONSE, INC. WITHOUT PREJUDICE** |
| 24 | |
| 25 | |
| 26        Defendants. | Complaint Filed: March 3, 2021<br>Removed: May 5, 2021<br>FAC Filed: July 7, 2021 |
| 27 | |
| 28 | |

**ORDER**

Upon consideration of the parties' Stipulation for Dismissal of Defendant Huffmaster Crisis Response, Inc. Without Prejudice, and good cause therefore appearing:

**IT IS HEREBY ORDERED** that, pursuant to the parties' Stipulation, Defendant Huffmaster Crisis Response, Inc. is dismissed from this action without prejudice, including all claims therein against Defendant Huffmaster Crisis Response, Inc, with all parties to bear their own attorney's fees and costs.

**IT IS SO ORDERED.**

DATED: January 11, 2022      /s/ John A. Mendez
                              THE HONORABLE JOHN A. MENDEZ
                              UNITED STATES DISTRICT COURT JUDGE