1  **BRADLEY/GROMBACHER, LLP**
   Marcus J. Bradley (SBN 174156)
2  Kiley Lynn Grombacher (SBN 245960)
   Lirit Ariella King (SBN 252521)
3  31365 Oak Crest Drive, Suite 240
   Westlake Village, California 91361
4  Telephone: (805) 270-7100
5  Facsimile: (805) 270-7589
   mbradley@bradleygrombacher.com
6  kgrombacher@bradleygrombacher.com
   lking@bradleygrombacher.com
7

8  **MCDERMOTT WILL & EMERY LLP**
   Yesenia M. Gallegos (SBN 231852)
9  Amanda Murray (SBN 305018)
   Kevonna J. Ahmad (SBN 324312)
10 2049 Century Park East, Suite 3200
   Los Angeles, CA 90067-3206
11 Telephone: (310) 277-4110
   Facsimile: (310) 277-4730
12 ygallegos@mwe.com
13 amurray@mwe.com
   kahmad@mwe.com
14

15 Attorneys for Defendants
   HUFFMASTER MANAGEMENT, INC.

16

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEYHONA CAMPBELL, individually, and on behalf of other individuals similarly situated,<br><br>Plaintiff,<br>v<br>HUFFMASTER MANAGEMENT INC., a Michigan corporation; and DOES 1-100, inclusive<br><br>Defendants. | CASE NO. 2:21−CV−00815−JAM−JDP<br><br>**CLASS ACTION**<br><br>**ORDER GRANTING STIPULATION TO STAY EXISTING CASE DEADLINES**<br><br>Complaint Filed: March 3, 2021<br>Removed: May 5, 2021<br>FAC Filed: July 7, 2021 |

**ORDER**

Upon consideration of the Parties' Joint Stipulation to stay all existing case deadlines in light of the Parties' agreement to pursue private mediation:

**IT IS HEREBY ORDERED** that, pursuant to the Parties' Stipulation, all existing case deadlines in this action are stayed until November 15, 2022. The parties are to notify the Court within five business days after mediation is completed to provide a status update and to seek to reset the deadlines, if necessary.

**IT IS SO ORDERED.**

DATED: March 7, 2022

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE