UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEYHONA CAMPBELL,<br><br>Plaintiff,<br><br>v.<br><br>HUFFMASTER MANAGEMENT, INC.,<br><br>Defendant. | No.  2:21-cv-00815-DAD-JDP<br><br>ORDER REMANDING ACTION TO THE YOLO COUNTY SUPERIOR COURT PURSUANT TO THE STIPULATION OF THE PARTIES<br><br>(Doc. No. 35) |

On December 23, 2022, the parties stipulated to remand of this action to the Yolo County Superior Court, where this action was originally filed.  (Doc. No. 35.)  Accordingly, and pursuant to the parties' stipulation, this action is remanded to the Yolo County Superior Court.  The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **January 3, 2023**

UNITED STATES DISTRICT JUDGE

1